The Office of Attorney Ethics having filed with the Court a petition pursuant to
 
 Rule
 
 1:20-11, seeking the immediate temporary suspension from the practice of law of
 
 Edwyn D. Macelus
 
 of
 
 Edgewater,
 
 who was admitted to the bar of this State in 2013, and good cause appearing;
 

 It is ORDERED that the petition is granted, and
 
 Edwyn D. Macelus
 
 is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further
 

 ORDERED that
 
 Edwyn D. Macelus
 
 be restrained and enjoined from practicing law during the period of his suspension; and it is further
 

 ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by
 
 Edwyn D. Macelus
 
 pursuant to
 
 Rule
 
 1:21-6 shall be restrained from disbursement except on application to this Court for good cause shown, pending the
 further Order of this Court; and it is further
 

 ORDERED that
 
 Edwyn D. Macelus
 
 comply with
 
 Rule
 
 1:20-20 dealing with suspended attorneys; and it is further
 

 ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.